# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alton Sharan Sapp**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00540-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Mecklenburg County | ) | |
| District Attorney Charlotte, NC | ) | |
| State of North Carolina**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2022 Order.

                                        November 15, 2022

_____
Frank G. Johns, Clerk
United States District Court